UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :      NOTICE OF INTENT TO
                                          FILE AN INFORMATION
            - v. -                 :

RAMIL ZAKHAROV,                    :

            Defendant.             :

- - - - - - - - - - - - - - - - x

**ORIGINAL**
**07 CRIM 778**

JUDGE PATTERSON

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        August 6, 2007

                                MICHAEL J. GARCIA
                                United States Attorney

                        By:     _____
                                Kenneth Allen Polite, Jr.
                                Assistant United States Attorney

                        AGREED AND CONSENTED TO:

                        By:     _____
                                Deirdre D. Von Dornum, Esq.
                                Attorney for RAMIL ZAKHAROV

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/07

8/9/07 WHEEL A