UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

          - v. -                  :       07 Cr.

RAMIL ZAKHAROV,                   :

                    Defendant.    :     07 CRIM 778

- - - - - - - - - - - - - - - - - -x

## COUNT ONE

The United States Attorney charges:

1.  From at least in or about January 2007, up to and including in or about March 2007, in the Southern District of New York and elsewhere, RAMIL ZAKHAROV, the defendant, unlawfully, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, and to sell, dispose of, loan, exchange, alter, give away, distribute, supply, and furnish and procure for unlawful use any counterfeit and spurious coin, obligation, security, and other article, and a thing represented to be and intimated and held out to be such counterfeit and spurious article, for the purpose of executing such scheme and artifice and attempting so to do, did place in a post office and authorized depository for mail matter, matters and things to be delivered by the Postal Service, and did deposit and cause to be deposited matters and things to be sent and delivered by private and commercial interstate carriers, and did take and receive

therefrom, such matters and things, and did knowingly cause to be delivered by mail and such carriers, according to the direction thereon, such matters and things, to wit, ZAKHAROV requested and directed the manufacture of counterfeit United States postage stamps, posted them for sale over the Internet, and on or about January 16, 2007, mailed counterfeit stamps from New York, New York, to a purchaser in Las Vegas, Nevada.

(Title 18, United States Code, Sections 1341 and 2.)

## FORFEITURE ALLEGATION

## AS TO COUNT ONE

2. As a result of committing the offenses alleged in Count One of this Information, RAMIL ZAKHAROV, the defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 982, any property constituting or derived from proceeds obtained directly or indirectly as a result of the mail fraud offense.

### Substitute Asset Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

        d.    has be substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982.)

*[signature: Michael J. Garcia]*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RAMIL ZAKHAROV,

Defendant.

**INFORMATION**

07 Cr.

(18 U.S.C. §§ 1341 and 2)

MICHAEL J. GARCIA
United States Attorney.

8/21/07 - Deft. present w/ atty von Dornum. AUSA Polite present. Deft. appears + is arraigned on this information. Deft. enters plea of not guilty. Court accepts plea. Deft. then withdraws previous plea of not guilty + enters plea of guilty. Allocution conducted. Court accepts plea. PSR ordered, sentence set for 11/20/07 at 3PM. The Deft's bail is continued.

Patterson, J.