UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

        v.                                      :                    07 Cr.

RAMIL ZAKHAROV,                   :

        Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1341 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

 

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
           August 21, 2007

0202