# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

RECEIVED
OCT 29 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

October 29, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07
```

VIA FACSIMILE

Honorable Robert P. Patterson
Senior U.S. District Judge
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

**MEMO ENDORSED**

    Re:   **United States v. Ramil Zakharov**
            **07 Cr. 778-01**

Dear Judge Patterson:

    I write on behalf of my client, Ramil Zakharov, to request a two-week adjournment of his sentencing, which is currently scheduled for November 20, 2007, to allow me time to further investigate issues concerning the loss amount in this case. I respectfully ask that the Court adjourn this matter to December 7, 2007, at 2:00 p.m., if that is convenient to the Court. I have spoken to the Assistant U.S. Attorney in charge of this case, Kenneth Polite, and he has no objection to such an adjournment.

Respectfully Submitted,

*Deirdre von Dornum* DvD.

Deirdre D. von Dornum
Assistant Federal Defender
Tel.: (212) 417-8767

cc:    Kenneth A. Polite, Assistant U.S. Attorney
        U.S. Probation Officer Katrina Minus-Shepherd

*application granted*
*so ordered*

*Robert P. Patterson*
*U.S.D.J.*
*10/29/07*