

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

RECEIVED DEC - 6 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

December 6, 2007

*Via Facsimile*

Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

Re:  United States v. Ramil Zakharov,
     07 Cr. 778 (RPP)

Dear Judge Patterson:

As a result of a family emergency, I respectfully request a brief postponement of the sentencing hearing in the above-referenced matter, currently scheduled for December 7, 2007. Deirdre Von Dornum, counsel for the defendant, consents to this request. Based on my discussions with Your Honor's clerk, the Government respectfully requests that the sentencing be rescheduled for December 13, 2007, at 10 a.m.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Kenneth Allen Polite, Jr.
Assistant United States Attorney
(212) 637-2412

cc:  Deirdre D. Von Dornum, Esq. (via facsimile)

*Application granted*
*So ordered*
[signature] Robert P. Patterson
USDJ
12/6/07