# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

RECEIVED
DEC 12 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

December 12, 2007

VIA FACSIMILE

Honorable Robert P. Patterson
Senior U.S. District Judge
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

Re: **United States v. Ramil Zakharov**
07 Cr. 778-01

**MEMO ENDORSED**

Dear Judge Patterson:

I write on behalf of my client, Ramil Zakharov, and the Government, to jointly request an adjournment of Mr. Zakharov's sentencing, which is scheduled for tomorrow. The parties recently have re-opened plea negotiations and it appears likely that an agreement will be reached shortly. Because I believe reaching such an agreement prior to sentencing would be beneficial to Mr. Zakharov I ask that the Court set a date for a conference in middle to late January.

Respectfully Submitted,

*[signature]*

Deirdre D. von Dornum
Assistant Federal Defender
Tel.: (212) 417-8767

cc: Kenneth A. Polite, Assistant U.S. Attorney
U.S. Probation Officer Katrina Minus-Shepherd

*[handwritten endorsement:]* Application granted. Sentencing adjourned to January 23, 2008 at 4PM. So ordered. *[signature]* Robt P Patterson USDJ 12/12/07