


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 22, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08
```

*Via Facsimile*

Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

    Re:    <u>United States v. Ramil Zakharov</u>,
            07 Cr. 778 (RPP)

**MEMO ENDORSED**

Dear Judge Patterson:

    The Government respectfully request a two-week adjournment of the next court appearance in the above-referenced matter, currently scheduled for January 23, 2008. This adjournment is necessary to allow the Government to finalize all paperwork relevant to a proper disposition and sentence in this matter. Deirdre Von Dornum, counsel for the defendant, consents to this request.

            Respectfully submitted,

            MICHAEL J. GARCIA
            United States Attorney

    By:    _____
            Kenneth Allen Polite, Jr.
            Assistant United States Attorney
            (212) 637-2412

cc:    Deirdre D. Von Dornum, Esq. (via facsimile)

*[Handwritten endorsement:] Application granted. Conference adjourned to 2/4/08 at 4PM. So ordered. RPPatterson USDJ 1/21/08*