**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

February 5, 2008

*Via Facsimile*

Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

```
┌──────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____        │
│ DATE FILED: 2/6/08           │
└──────────────────────────────┘
```

     Re:    United States v. Ramil Zakharov,
           07 Cr. 778 (RPP)

Dear Judge Patterson:

       The Government respectfully requests an adjournment of the defendant's
sentencing hearing, currently scheduled for February 6, 2008, to a control date in May 2008.
Since our last appearance before Your Honor, the parties have entered an agreement, in which
the Government has agreed to accept the defendant's previously entered guilty plea to the above-
referenced Information, in exchange for his cooperation with the Government. Accordingly, this
adjournment is necessary to allow the defendant to provide substantial assistance in an on-going
investigation relating to the defendant's charged conduct. I have spoken to Deirdre Von Dornum,
counsel for the defendant, who consents to this adjournment.

                       Respectfully submitted,

                       MICHAEL J. GARCIA
                       United States Attorney

           By:

                       Kenneth A. Polite
                       Assistant United States Attorney
                       (212) 637-2412

*[handwritten endorsement: Application granted. Conference adjourned to May 14, 2008 at 4:00 pm. So ordered. Robert P. Patterson 2/6/08]*

cc:    Deirdre D. Von Dornum, Esq. (via facsimile)

TOTAL P.02